**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **MOUSTAPHA KEBE,**<br>*Individually and as Parent and Joint Legal Custodian of MK a minor child*,<br><br>**Plaintiff,**<br><br>**v.**<br><br>**VALDOSTA CITY SCHOOL DISTRICT,**<br><br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CASE NO:**<br>**7:26-cv-250–WLS** |

# ORDER

By Order (Doc. 3) entered September 3, 2026, the Court denied, without prejudice, *pro se* Plaintiff's Application to Proceed without Prepaying Fees or Costs (Doc. 2) and ordered Plaintiff to either pay the full amount of the filing fee on or before Thursday, October 3, 2026, or file a properly completed amended Application to Proceed without Prepaying Fees Long Form (AO239) by that date. Upon review, the Court notices that October 3, 2026, is a Saturday—not a Thursday. This Order amends and clarifies the deadline by which Plaintiff is to comply with the Court's September 3, 2026 Order (Doc. 3).

Accordingly, Plaintiff must either pay the full amount of the filing fee on or before **Thursday, October 1, 2026**, or file a properly completed amended Application to Proceed without Prepaying Fees—Long Form (AO239) by that date. The remainder of the Court's September 3, 2026 Order (Doc. 3) remains in effect.

**SO ORDERED**, this 4th day of September 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**