**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

MOUSTAPHA KEBE,

Plaintiff,

v.

VALDOSTA CITY SCHOOL DISTRICT,

Defendant.

Civil Action No. 7:26-cv-00250-WLS

**STIPULATION EXTENDING TIME
FOR DEFENDANT TO RESPOND TO COMPLAINT**

Plaintiff Moustapha Kebe, appearing pro se, and Defendant Valdosta City School District stipulate and agree to extend the deadline by which Defendant must answer or otherwise move or plead in response to Plaintiff's Complaint for Judicial Review for Administrative Dismissal under IDEA [Doc. 1].

Under Local Rule 6.1, the parties may stipulate to an extension of time not to exceed 30 days from the original answer deadline within which Defendant may answer the Complaint by affirmative defenses or other defensive pleadings.

Presently, the deadline for Defendant to respond to the Complaint is November 23 2026. The parties have stipulated and agreed to extend that deadline by 21 days, through and including **December 14, 2026**. This is the first stipulated extension Defendant has sought for Plaintiff's Complaint.

Stipulated to on this16th day of November 2026.

*/s/ Moustapha Kebe*
Moustapha Kebe
*Plaintiff Pro Se*
P.O. Box 187
Norcross, GA 30091
*iamadad01@gmail.com*

PARKER POE ADAMS & BERNSTEIN LLP

*/s/ Lervette J. Blair*
Lervette J. Blair
GA Bar No. 245066
Beth F. Morris
GA Bar No. 153013
Nemonie Nooks
GA Bar No. 752054
*Attorneys for Defendant Valdosta City School District*

1075 Peachtree Street NE, Suite 1500
Atlanta, GA 30309
678.690.5750 (phone)
404.869.6972 (facsimile)
lervetteblair@parkerpoe.com
bethmorris@parkerpoe.com
nemonienooks@parkerpoe.com

SO ORDERED this 17th day
of November, 2026.

W. Louis Sands
W. Louis Sands, Sr. Judge
United States District Court